

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

XXXXXXXXXXXXXXXXXXXXXXXXRED
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Hon. R. L. Crozier
County Attorney
Johnson County
Cleburne, Texas

Dear Sir:

Opinion No. 0-2148
Re: The qualification of a trustee
of a common school district as a
"property taxpayer."

We are in receipt of your letter of recent date in which you request the opinion of this department touching the question stated by you as follows:

"Is a person who owns personal property within the common school district, which personal property has been assessed for taxes, but upon which the said taxes are delinquent, a property taxpaying and qualified to hold the office of trustee in the common school district?"

Article 2745, Revised Statutes of Texas, provides, in part, as follows:

". . . providing no person shall be qualified as trustee unless he is a property taxpayer in the district to which he is elected . . ."

This department held in an opinion by Assistant Attorney General Joe J. Alsup, under date of April 14, 1936, that a person who has been assessed taxes on personal property is a property taxpayer and a qualified trustee of a common school district in Texas, in such particular, although he has never paid the taxes on such personal property.

It will be noted that this statute does not require that the trustee shall be a taxpayer as to real property in the absence of which this requirement is satisfied upon the basis of personal property taxes. WARREN vs. CHOUTEAU COUNTY, 265 Pac. 676; 82 MONT. 115.

The general rule also appears to be, absent any contrary indication in the particular statute, that the term "taxpayer" means a person chargeable with a tax; one who owns property within the county subject to taxation. HILLSMAN vs. FAISON, 57 S.W. 920 (Tex. Civ. App.); BAUGH vs. LITTLE, 282 Pac. 459, 140 Okla. 206; CASTILLO vs. STATE HIGHWAY COMMISSION of MO. 279 S. W. 673; 312 No. 244. We do not believe

it is a necessary qualification, under Article 2745, supra, that the trustee shall have actually paid the taxes assessed against him.

You are, therefore, respectfully advised that it is our opinion, as heretofore held by this department, that a person is a "property taxpayer" within the purview of Article 2745, supra, if he owns personal property within the district which has been assessed for taxes, notwithstanding that such person is delinquent in the payment thereof.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

/s/ Zollie C. Steakley

Zollie C. Steakley
Assistant

ZCS:cb:egw

APPROVED APR 11, 1940
/s/ W.F. MOORE
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
Opinion Committee
By  B W B
Chairman